# United States Court of Appeals
## For the First Circuit

No. 24-1253

EDUARDO TELES DE MENEZES; CARLOS EDUARDO RODRIGUES MENEZES,

Plaintiffs - Appellants,

v.

ANTONY J. BLINKEN, in his official capacity of Secretary of State; JACQUELINE WARD, in her official capacity of Consul General of the US Consulate General in Rio de Janeiro, Brazil,

Defendants - Appellees.

**ORDER OF COURT**

Entered: May 14, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Carlos Eduardo Rodrigues Menezes and Eduardo Teles De Menezes to file a brief and appendix be enlarged to and including **September 20, 2024**. No further extension of this deadline should be expected.

By the Court:

Maria R. Hamilton, Clerk

cc:
Isabel Burlingame
Adriana Lafaille
Donald Campbell Lockhart
Victor Manuel Mercado-Santana
Laura Murray-Tjan