# United States Court of Appeals
## For the First Circuit

_____

No. 24-1253

EDUARDO TELES DE MENEZES; CARLOS EDUARDO RODRIGUES MENEZES,

Plaintiffs - Appellants,

v.

ANTONY J. BLINKEN, in his official capacity of Secretary of State; JACQUELINE WARD, in her official capacity of Consul General of the US Consulate General in Rio de Janeiro, Brazil,

Defendants - Appellees.

_____

### ORDER OF COURT

Entered: September 30, 2024
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellants Eduardo Teles De Menezes and Carlos Eduardo Rodrigues Menezes on September 20, 2024 is not in compliance with the following Federal Rules of Appellate Procedure and Local Rule of this court:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). ***The caption on the appellants' brief does not match the caption used by this court.***

- **Fed. R. App. P. 32(g)(1)**, requiring that a brief submitted under Rule 32(a)(7)(B) include a certificate of compliance by the attorney, or an unrepresented party, that the brief complies with the type-volume limitation. The certificate must state either the number of words in the brief or the number of lines of monospaced type in the brief. ***The appellants' brief exceeds 30 pages, and the certificate of compliance does not state the number of words in the brief.***

- **1st Cir. R. 28.0(a)(1),** requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a

magistrate judge or an initial decision by an administrative law judge). ***The appellants' addendum is missing the challenged "Final Order of Dismissal" dated January 18, 2024.***

Appellants Eduardo Teles De Menezes and Carlos Eduardo Rodrigues Menezes are ordered to file a conforming brief by **October 7, 2024**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Laura Murray-Tjan
Adriana Lafaille
Isabel Burlingame
Donald Campbell Lockhart
Victor Manuel Mercado-Santana