# United States Court of Appeals
## For the First Circuit

No. 24-1253

EDUARDO TELES DE MENEZES; CARLOS EDUARDO RODRIGUES MENEZES,

Plaintiffs - Appellants,

v.

ANTONY J. BLINKEN, in his official capacity of Secretary of State; JACQUELINE WARD, in her official capacity of Consul General of the US Consulate General in Rio de Janeiro, Brazil,

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 30, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file an appendix. It is ordered that if an appendix is not filed on or before **October 15, 2024**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Isabel Burlingame
Adriana Lafaille
Donald Campbell Lockhart
Victor Manuel Mercado-Santana
Laura Murray-Tjan
Jessie J. Rossman